UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ETHAN PEACOCK, et al.**,

    **Plaintiffs**,

v.                                     Case No. 3:21cv1209-TKW-MJF

**HUDSON CROP SERVICES, INC.**
and **HUDSON INSURANCE COMPANY**,

    **Defendant**.
_____/

**HUDSON CROP SERVICES, INC.**
and **HUDSON INSURANCE COMPANY**,

    **Counter Claimants,**

v.

**ETHAN PEACOCK** and
**JOHN MARK PEACOCK**

    **Counter Defendants.**
_____/

## ORDER EXTENDING DEADLINES

Upon due consideration of the Plaintiffs' consent motion to extend discovery deadline (Doc. 33), it is

**ORDERED** that the motion is **GRANTED**, and the fact and expert discovery deadlines are extended by 60 days to June 5 and July 5, 2023, respectively. All

deadlines in the scheduling order (Doc. 31) tied to the discovery deadline shall run from the new expert discovery deadline.

**DONE and ORDERED** this 6th day of March, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**